No. 127. LOCAL 1976, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, A. F. L., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit;

No. 273. NATIONAL LABOR RELATIONS BOARD *v.* GENERAL DRIVERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS UNION, LOCAL No. 886, AFL–CIO. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit; and

No. 324. LOCAL 850, INTERNATIONAL ASSOCIATION OF MACHINISTS, AFL–CIO, *v.* NATIONAL LABOR RELATIONS BOARD. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. The petitions for writs of certiorari in these cases are severally granted and the cases are consolidated for argument. *John C. Stevenson* for petitioners in No. 127. *Plato E. Papps* and *Louis P. Poulton* for petitioner in No. 324. *Solicitor General Rankin, Jerome D. Fenton, Stephen Leonard, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board. *Herbert S. Thatcher, David Previant* and *L. N. D. Wells, Jr.* for respondent in No. 273. Reported below: No. 127, 241 F. 2d 147; Nos. 273 and 324, 101 U. S. App. D. C. 80, 247 F. 2d 71.

No. 146. UNITED STATES *v.* McNINCH, DOING BUSINESS AS HOME COMFORT CO., ET AL. C. A. 4th Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter* and *William W. Ross* for the United States. *Edward W. Mullins* for McNinch et al., and *A. C. Epps* and *Charles W. Laughlin* for Cato Bros., Inc., et al., respondents.